Submitted March 24, reversed April 29, 2020

In the Matter of Z. W. Y.,
a Person Alleged to have Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## Z. W. Y.,
*Appellant.*

Multnomah County Circuit Court
16CC06622; A170873

461 P3d 1109

Manuel Perez, Judge pro tempore.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of an order continuing his commitment to the custody of the Oregon Health Authority for a period not to exceed 180 days. *See* ORS 426.301; ORS 426.303; ORS 426.307. In his sole assignment of error, appellant contends that the record does not contain legally sufficient evidence that he continues to be a person with mental illness and is in need of further treatment. Specifically, appellant argues that there was insufficient evidence that as a result of a mental disorder he is a danger to others. The state responds that the evidence was sufficient to support the trial court's determination that appellant was mentally ill and in need of further treatment. After reviewing the record before us, we agree with appellant. The record here contains similar deficiencies to those that we described in *State v. Z. W. Y.*, 299 Or App 703, 450 P3d 544 (2019), a prior case involving the same appellant in which we reversed an order continuing his commitment. We therefore reverse.

Reversed.